**Order filed February 26, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00915-CV
_____

### IN THE MATTER OF THE MARRIAGE OF CLIFFORD LAYNE HARRISON AND CONNIE VASQUEZ HARRISON AND IN THE JOINT INTEREST OF JOHN ERNEST LEE HARRISON II, AND VICTORIA MADELINE HARRISON, CHILDREN

---

**On Appeal from the 311th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2006-68864**

---

## ORDER

No reporter's record has been filed in this case. The official court reporter for the 311th District Court informed this court that appellant has not requested that a record be made. On January 21, 2015, the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's record unless appellant, within 15 days of notice, provided this court

with proof of payment for the record. *See* Tex. R. App. P. 37.3(c). Appellant filed no reply.

Accordingly, we order appellant to file a brief in this appeal within thirty days of the date of this order. If appellant fails to comply with this order, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM